# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-2970

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Western |
| | * | District of Missouri |
| Sampson Williams, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted:  February 7, 2002

Filed:  February 26, 2002

_____

Before McMILLIAN, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Sampson Williams appeals from the final judgment entered in the District Court[1] for the Western District of Missouri, committing him to the custody of the United States Attorney General pursuant to 18 U.S.C. § 4246 to continue his

_____

[1]The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable James C. England, United States Magistrate Judge for the Western District of Missouri.

commitment beyond the expiration of his sentence. For the reasons discussed below, we affirm the judgment of the district court.

We conclude that the district court did not clearly err in finding that Williams suffers from a mental disease or defect, that as a result his release would create a substantial risk of bodily injury to another person or serious damage to another's property, and that suitable arrangements for State custody and care are not available. See 18 U.S.C. § 4246; United States v. S.A., 129 F.3d 995, 1000 (8th Cir. 1997) (standard of review), cert. denied, 523 U.S. 1011 (1998). The experts unanimously agreed that Williams was dangerous, and he failed to submit any medical or other expert evidence to the contrary. See United States v. Lewis, 929 F.2d 440, 442 (8th Cir. 1991) (per curiam) (§ 4246 findings upheld where supported by unanimous expert opinion, including that of court-appointed independent expert); United States v. Steil, 916 F.2d 485, 488 (8th Cir. 1990) (affirming district court's conclusion that inmate was mentally ill and dangerous under § 4246, because there was no contrary medical opinion in record and at least five mental health professionals had found inmate mentally ill and dangerous).

Accordingly, we affirm and grant counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.